**KOSNETT LAW FIRM**
Louis V. Kosnett (SBN 299421)
11355 W. Olympic Boulevard, Suite 300
Los Angeles, CA 90064
Telephone (310) 445-5900
Facsimile (424) 238-2257

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS RICHARD MANZANO, as Trustee of the Frank R. Manzano Trust, and as Successor Trustee to Frank R. Manzano of the Frank R. Manzano Trust,<br><br>Plaintiff<br><br>v.<br><br>LINDA MARGARET LARSEN a.k.a. LINDA MANZANO LARSEN; MICHAEL FRANCIS SCOTT LARSEN; RAYMOND WADE LARSEN; and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 2:18-cv-07831-RGK-AFM<br><br>*Hon. R. Gary Klausner*<br><br>[~~proposed~~] **ORDER FOR DISMISSAL** |

Based on the parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice;

2. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: November 30, 2018

_____
UNITED STATES DISTRICT COURT JUDGE